IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GEORGE SAMUEL SLATTON                                                                         PLAINTIFF

v.                                   NO. 3:15-cv-00329 PSH

CAROLYN W. COLVIN, Acting Commissioner                                                        DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 29th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE